OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 12. 2015

5/11/2015
HINOJOSA, EDWARD          Tr. Ct. No. 1055437-A          WR-82,619-01

On this day, this Court has granted the trial court's request for an extension of time to file the supplemental record. The supplemental record is due in this Court on Monday, July 27, 2015.

Abel Acosta, Clerk

UTF
discharged

EDWARD HINOJOSA
BETO I UNIT - TDC # 1388352
1391 FM 3328
TENNESSEE COLONY, TX 75880

U TF

MEBN3B 75880